

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00642-CV

Stacey **VELASQUEZ** and Saragosa Alaniz,
Individually and as Next Friends of the Minor Child, S.M.A.,
Appellants

v.

Nagakrishna **REDDY**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-05605
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  October 8, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  We order all costs assessed against appellants.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM